

# Texas Department of Criminal Justice

———————————————————————— **Brad Livingston**
Executive Director

April 14, 2015

The Honorable Melanie P. Reed
Ellis County District Clerk
109 S. Jackson St. 2nd floor
Waxahachie, Texas 75165

**RECEIVED IN**
COURT OF CRIMINAL APPEALS

APR 1 7 2015

Abel Acosta, Clerk

RE: **KENT WILLIAM SPROUSE TDCJ #999471**

Dear District Clerk:

Enclosed is the Return of the Director of the Texas Department of Criminal Justice Correctional
Institutions Division, of the Death Warrant pertaining to **KENT WILLIAM SPROUSE** issued
in the 40th Judicial District Court of Ellis County, Texas on November 19, 2014, which was
carried out on April 9, 2015. Also enclosed is the Certificate with the director's statement of
compliance with the command of the warrant. The certificate also indicates the disposition of
the remains as required by Article 42.23 of the Texas Code of Criminal Procedure.

Sincerely,

Carla M. Willis
Deputy General Counsel
OFFICE OF THE GENERAL COUNSEL

cc: The Honorable Gregg Abbott, Governor
    The Honorable Ken Paxton, Attorney General
    Louise Pearson, Clerk, Court of Criminal Appeals
    Kelly Enloe, Chairman, Classification & Records, TDCJ

CW/cf
Attach

*Our mission is to provide public safety, promote positive change in offender
behavior, reintegrate offenders into society, and assist victims of crime.*
**Office of the General Counsel**
Sharon Felfe Howell, General Counsel – sharon.howell@tdcj.texas.gov

P.O. Box 13084 Capitol Station                                           P.O. Box 4004
Austin, Texas 78711-3084                                     Huntsville, Texas 77342-4004
Phone (512) 463-9899, FAX (512) 936-2159          Phone (936) 437-6698, FAX (936) 437-6994

# RETURN OF THE DIRECTOR OF THE INSTITUTIONAL DIVISION

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE

Came to hand, the 1st day of March, 2004 and executed the 9th day of April, 2015 by the death of **KENT WILLIAM SPROUSE.**

DISPOSITION OF BODY:

DATE: _April 9, 2015_

TIME: _6:33pm_

_____
William Stephens, Director
Texas Department of Criminal Justice
Correctional Institutions Division

CERTIFICATE

I hereby certify that the Death Warrant in the case of *The State of Texas vs. KENT WILLIAM SPROUSE* issued in the 40th Judicial District Court of Ellis County, Texas on November 19, 2014 and was executed according to the laws of the State of Texas on April 9, 2015. The death of **KENT WILLIAM SPROUSE** was caused by intravenous injection of lethal substances at the Huntsville Unit of the Texas Department of Criminal Justice–Correctional Institutions Division at 6:33pm p.m. on April 9, 2015. The body of the deceased was given into the custody of Carnes Funeral Home agent for the requesting relative. This Certificate and Return of Warrant (enclosed) is in compliance with Article 43.23 of the Texas Code of Criminal Procedure.

_____
William Stephens, Director
Texas Department of Criminal Justice
Correctional Institutions Division


SUBSCRIBED AND SWORN TO BEFORE ME this the 9th day of April 2015.


CONNIE E. WEICH
Notary Public. State of Texas
My Commission Expires
11-06-2017
Notary Without Bond

Connie E Weich
_____
NOTARY PUBLIC, Walker County, Texas

My Commission expires: 11-06-2017



FILED FOR RECORD

2014 NOV 19 PM 2: 30

MELANIE REED
DISTRICT CLERK
ELLIS COUNTY. TX

Cause No. 26824CR

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 40th JUDICIAL |
| | § | |
| VS. | § | DISTRICT COURT |
| | § | |
| KENT WILLIAM SPROUSE | § | ELLIS COUNTY, TEXAS |

## ORDER SETTING EXECUTION

This Court, having received the Mandate from the Court of Criminal Appeals affirming the Defendant's conviction in the above styled and numbered cause, and the Defendant, Kent William Sprouse, having been previously sentenced to death by the Court in the presence of Defendant's attorneys on February 26, 2004, and there being no stays of execution in effect on this cause, the Court now enters the following ORDER:

IT IS HEREBY ORDERED that the Defendant, Kent William Sprouse, who has been adjudged to be guilty of capital murder as charged in the indictment and whose punishment has been assessed by the verdict of the jury and judgment of the Court at Death, shall be kept in custody by the Director of the Texas Department of Criminal Justice, Correctional Institutions Division, until the **9th day of April, 2015**, upon which day, at the Texas Department of Criminal Justice, Correctional Institutions Division, at some hour after 6 p.m., in a room arranged for the purpose of execution, the said Director, acting by and through the executioner designated by said Director as provided by law, is hereby commanded, ordered and directed to carry out this sentence of death by intravenous injection of a substance or substances in a lethal quantity sufficient to cause the death of the said Kent William Sprouse and until the said Kent William Sprouse is dead, such procedure to be determined and

SCANNED

supervised by the said Director of the Department of Criminal Justice, Correctional Institutions Division.

The Clerk of this Court shall issue and deliver to the Sheriff of Ellis County, Texas, within 10 days of the date of this order, a Death Warrant in accordance with this Order, directed to the Director of the Texas Department of Criminal Justice, Correctional Institutions Division, commanding him, the said Director, to put into execution the Judgment of Death against the said Kent William Sprouse.

The Sheriff of Ellis County, is hereby ORDERED, upon receipt of said Death Warrant, to deliver said Warrant to the Director of the Department of Criminal Justice, Correctional Institutions Division.

SIGNED AND ENTERED _____ **NOV 1 9 2014** _____ .

_____
BOB CARROLL, JUDGE
40TH JUDICIAL DISTRICT COURT
ELLIS COUNTY, TEXAS

ALL IN ACCORDANCE with this Warrant for the execution of the sentence of death, and in accordance with the Judgment and Sentence of this said Court, shown herein, which I certify to be true and correct copies of the original Judgment and Sentence, Mandate, and Order Setting Execution now on file in my office and entered on the Minutes of said Court.

HEREIN FAIL NOT, but due return make of this Warrant showing how you have executed the same.

Given under my hand and seal of the 40th Judicial District Court, Ellis County, Texas, on this 19th day of November, 2014.

MELANIE P. REED, DISTRICT CLERK
ELLIS COUNTY, TEXAS

BY: _Melanie P. Reed_
~~DEPUTY~~

# CLERK'S CERTIFICATE

THE STATE OF TEXAS §
§
COUNTY OF ELLIS §

     I, MELANIE P. REED, CLERK OF THE DISTRICT COURTS WITHIN AND FOR THE STATE AND COUNTY AFORESAID, DO HEREBY CERTIFY THAT THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY OF THE WARRANT OF EXECUTION IN CAUSE NUMBER 26824CR, ENTITLED THE STATE OF TEXAS VERSUS KENT WILLIAM SPROUSE, AS THE SAME APPEARS ON RECORD NOW ON FILE IN MY OFFICE.

     GIVEN UNDER MY HAND AND SEAL OF OFFICE OF ELLIS COUNTY, TEXAS, THIS 19th DAY OF November, 2014.

MELANIE P. REED
DISTRICT CLERK
ELLIS COUNTY, TEXAS

BY: Melanie P. Reed
~~DEPUTY~~

26824CK

# SHERIFF'S RETURN

The above and foregoing Warrant came to hand on the _26th_ day of _November_ A.D. 2014, and immediately upon receipt of said Warrant I caused it to be delivered to the Texas Department of Criminal Justice, Correctional Institutions Division, at Huntsville, Texas, and delivered said Warrant into the hands of the Director of the Texas Department of Criminal Justice, Correctional Institutions Division, and took from the said Director a receipt for the said Warrant as follows:

"Received from the Sheriff of Ellis County, Texas, a Warrant for the execution of the Death Sentence to be executed upon the said Kent William Sprouse in Cause Number 26824CR in the 40th Judicial District Court, Ellis County, Texas."

Date Signed: _11-26-2014_    _Wendy Foreman for_

Director
Texas Department of Criminal Justice,    _Brad Livingston_
Correctional Institutions Division
Huntsville, Texas

which said receipt I now return to the office of the District Clerk of Ellis County, Texas, this _26_ day of _November_ , A.D. 20_14_.

SHERIFF
ELLIS COUNTY, TEXAS